■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN C. WETMORE, Also Known as SHAWN WETMORE, Appellant. [825 NYS2d 395]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered July 21, 2005. The judgment revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed and the matter is remitted to Genesee County Court for proceedings pursuant to CPL 460.50 (5). Present—Scudder, P.J., Hurlbutt, Gorski and Pine, JJ.